FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
1/17/2022 12:00 PM
JAMIE SMITH
DISTRICT CLERK
A-209122

NO. _____

| | | |
|---|---|---|
| BYRON K. MORGAN, II, GARY A. PATTEN AND WILLIAM DAVID FRANKLIN, A/N/F/ OF K.W. AND B.W., MINORS | § § § § § | IN THE DISTRICT COURT |
| | § § | _____ JUDICIAL DISTRICT |
| VS. | § § | |
| TIMOTHY P. KAUFFMAN and CHRISTIAN AID MINISTRIES INC. | § § | JEFFERSON COUNTY, TEXAS |

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME, **BYRON K. MORGAN, II, GARY A. PATTEN and WILLIAM DAVID FRANKLING, a/n/f of K.W. AND B.W., MINORS,** hereinafter called Plaintiffs, complaining of and about **TIMOTHY P. KAUFFMAN and CHRISTIAN AID MINISTRIES INC.,** hereinafter called Defendants, and for cause of action show unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1. Plaintiffs intend that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

2. Plaintiffs, Byron K. Morgan, II, Gary A. Patten and William David Franklin, a/n/f of K.W. and B.W., Minors, are domiciled in Texas and are appearing through their attorney of record.

3. Defendant, Timothy P. Kauffman, is an individual who resides in Burkesville, Kentucky, who may be served with process at his home located at 2367 Gray Gap Road, Burkesville, KY 42747.

1

4.      Defendant, Christian Aid Ministries Inc., is a corporation with its principal place of business in Ohio, and may be served by serving its officer/CEO Michael Martin at P.O. Box 360, Berlin, Ohio 44610.

## JURISDICTION AND VENUE

5.      The subject matter in controversy is within the jurisdictional limits of this court.

6.      Plaintiffs seek:

   a.   monetary relief over $1,000,000.00; and

   b.   judgment for that amount.

7.      Venue in Jefferson County is proper in this cause under Texas Civil Practice and Remedies Code Section 15.002(a)(1) because all or a substantial part of the events and omissions of Defendants giving rise to this claim occurred in Jefferson County, Texas. The court has jurisdiction over this case because the amount in controversy is within the jurisdictional limits of this Court.

## FACTS

8.      On or about February 4, 2020, a vehicle driven by Defendant, Timothy P. Kauffman (hereinafter "Defendant Kauffman), and owned by Defendant, Christian Aid Ministries Inc., failed to control his speed and rear-ended the vehicle being driven by Plaintiffs causing a serious wreck. *See Exhibit 1.*

9.      As a direct and proximate cause of the accident, Plaintiffs, Byron K. Morgan, II, Gary A. Patten and William David Franklin, a/n/f of K.W. and B.W., Minors, sustained injuries.

## CAUSE(S) OF ACTION AGAINST
## DEFENDANT, TIMOTHY P. KAUFFMAN

10. Defendant Kauffman is liable for Plaintiffs' injuries, which were incurred as a result of the collision on or about February 4, 2020. At the time of the accident, Defendant Kauffman was operating his vehicle in a negligent and grossly negligent manner. Specifically, Defendant Kauffman had a duty to exercise ordinary care and operate his vehicle reasonably and prudently. Defendant Kauffman breached that duty in one or more of the following ways:

      a. Failing to timely apply his brakes;
      b. Failing to maintain a proper lookout;
      c. Failing to maintain proper control of his vehicle;
      d. Failing to yield the right of way;
      e. Failing to turn his vehicle in an effort to avoid the collision; and
      f. Driving his vehicle at a rate of speed that an ordinary and prudent person would not have driven under the same or similar circumstances.

## CAUSES OF ACTION AGAINST
## DEFENDANT, CHRISTIAN AID MINISTRIES INC.

11. On February 4, 2020, Defendant, Christian Aid Ministries Inc., was the owner of the vehicle operated by Defendant Kauffman. Defendant Defendant, Christian Aid Ministries, entrusted the vehicle to Defendant Kauffman, a reckless and incompetent driver. Defendant, Christian Aid Ministries, knew, or through the exercise of reasonable care should have known, that Defendant Kauffman was a careless and reckless driver and should not have entrusted him with the vehicle. As described herein, Defendant Kauffman caused the accident on the occasion in question. Defendant Kauffman's negligence was the proximate cause of Plaintiffs' damages. Furthermore, if Defendant, Christian Aid Ministries, had not entrusted the vehicle to Defendant Kauffman on the day in question, the accident would not have occurred.

3

12. On January 4, 2020, Defendant, Christian Aid Ministries, had employed Defendant, Timothy P. Kauffman, who was operating the vehicle that was at fault for this incident. Defendant, Christian Aid Ministries, allowed Defendant Kauffman, a reckless and careless driver, to drive its truck while pulling a trailer.

13. Defendant, Christian Aid Ministries' acts and omissions through its employee caused the damages to Plaintiffs.

14. As described herein, Defendant Kauffman caused the accident on the occasion in question.

15. Defendant Kauffman's negligence and gross negligence was the proximate cause of Plaintiffs' damages.

### A. RESPONDEAT SUPERIOR/VICARIOUS LIABILITY

16. Defendant, Christian Aid Ministries, is liable for Defendant Kauffman's acts and omissions, as Defendant Kauffman was at all times relevant to this injury, directly employed by Defendant, Christian Aid Ministries.

### B. NEGLIGENT SUPERVISION AND TRAINING

17. Defendant, Christian Aid Ministries, failed to properly supervise and train its agents, employees, and/or independent contractors. This failure to properly supervise Defendant Kauffman has caused Plaintiffs' physical injuries.

### C. PRINCIPAL-AGENT LIABILITY

18. Defendant, Christian Aid Ministries, is liable for Defendant Kauffman's acts and omissions, as Defendant was at all times relevant to these injuries, directly employed by Christian Aid Ministries and was in the course and scope of his employment when Defendant Kauffman's acts

4

and omissions caused Plaintiffs' injuries.

### D. NEGLIGENT ENTRUSTMENT

19. Defendant, Christian Aid Ministries' entrustment of the vehicle to Defendant Kauffman proximately caused this incident and injuries.

### DAMAGES

20. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, **Byron K. Morgan, II,** was caused to suffer personal injuries and to incur the following damages:

   a. Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff, Byron K. Morgan, II, for the necessary care and treatment of the injuries resulting form the accident complained of herein and such charges are reasonable and were usual and customary charges for such services;

   b. Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

   c. Physical bodily pain and suffering in the past;

   d. Physical bodily pain and suffering in the future;

   e. Mental anguish in the past;

   f. Mental anguish in the future;

   g. Loss of earnings in the past/future; and

   h. Physical Impairment/Loss of Enjoyment of Life.

21. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, **Gary Patten,** was caused to suffer personal injuries and to incur the following damages:

   a. Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff, Gary Patten, for the necessary care and treatment of the

5

    injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services;

  b. Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

  c. Physical bodily pain and suffering in the past;

  d. Physical bodily pain and suffering in the future;

  e. Mental anguish in the past;

  f. Mental anguish in the future;

  g. Loss of earnings in the past/future; and

  h. Physical Impairment/Loss of Enjoyment of Life.

22. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, **William David Franklin, a/n/f/ of K.W., a Minor,** was caused to suffer personal injuries and to incur the following damages:

  a. Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff, K.W., a Minor, for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services;

  b. Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

  c. Physical bodily pain and suffering in the past;

  d. Physical bodily pain and suffering in the future;

  e. Mental anguish in the past;

  f. Mental anguish in the future; and

  g. Physical Impairment/Loss of Enjoyment of Life.

23. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, **William David Franklin, a/n/f/ of B.W., a Minor,** was caused to suffer personal injuries and to incur the following damages:

   a. Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff, B.W., a Minor, for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services;

   b. Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

   c. Physical bodily pain and suffering in the past;

   d. Physical bodily pain and suffering in the future;

   e. Mental anguish in the past;

   f. Mental anguish in the future; and

   g. Physical Impairment/Loss of Enjoyment of Life.

## RULE 193.7 NOTICE

24. Plaintiffs hereby put Defendants on notice that Plaintiffs intend to use Defendants' discovery responses as evidence at trial in accordance with such right and privileges established by Texas Rules of Civil Procedure 193.7.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs, Byron K. Morgan, II, Gary Patten and Jessica Wimbley, a/n/f of K.W. and B.W., Minors, respectfully pray that the Defendants be cited to appear and answer herein, and that upon a final hearing of this cause, judgment be entered for the Plaintiffs against Defendants, jointly and severally, for damages in an amount within the jurisdictional limits of the court; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest a the legal rate, costs of court; and such other and further relief to which the Plaintiffs may be entitled at law or in equity.

Respectfully submitted,

**LINDSAY, LINDSAY & PARSONS**

*/s/ John Pat Parsons*

John Pat Parsons
State Bar License No. 24065876
jparsons@llptx.com
710 North 11th Street
Beaumont, Texas 77702
409-833-1196
409-832-7040 (Fax)

**ATTORNEYS FOR PLAINTIFFS,
BYRON K. MORGAN, II, GARY
PATTEN AND WILLIAM DAVID
FRANKLIN A/N/F OF K.W. AND B.W.,
MINORS**



125 EAST 11TH STREET, AUSTIN, TEXAS 78701-2483 | 512.463.8588 | WWW.TXDOT.GOV

Thu, 27 February 2020

STATE OF TEXAS     §

This is to certify that I, Jim Hollis, am employed by the Texas Department of Transportation (Department); that I am the Custodian of Motor Vehicle Crash Records for such Department; that the attached is a true and correct copy of the peace officer's report filed with the Department referred to in the attached request with the crash date of Mon, 24 February 2020, which occurred in Jefferson County; that the investigations of motor vehicle crashes by peace officers are authorized by law; that this Texas Peace Officer's Crash Report is required by law to be completed and filed with this Department; that this report sets forth matters observed pursuant to duty imposed by law as to which matters there was a duty to report, or factual findings resulting from an investigation made pursuant to authority granted by law.

Jim Hollis
Director, Crash Data & Analysis Section
125 East 11th Street
Austin, TX  78701-2483
1-844-274-7457




EXHIBIT 1

OUR VALUES: People • Accountability • Trust • Honesty
OUR MISSION: Connecting You With Texas

An Equal Opportunity Employer

**Law Enforcement and TxDOT Use ONLY**
☐ FATAL ☐ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 4  Total Num. Prsns.: 1 | 1  TxDOT Crash ID: 17585595.1 / 2020085212

# Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 1 of 5

## IDENTIFICATION & LOCATION

- *Crash Date (MM/DD/YYYY): 02/24/2020
- *Crash Time (24HRMM): 0743
- Case ID: 2020004254
- *County Name: JEFFERSON
- *City Name: BEAUMONT
- ☐ Outside City Limit
- In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
- Latitude (decimal degrees): .
- Longitude — (decimal degrees): .

### ROAD ON WHICH CRASH OCCURRED

- *1 Rdwy. Sys.: US
- *Hwy. Num.: 69
- 2 Rdwy. Part: 1
- Block Num.: 4500
- 3 Street Prefix:
- *Street Name: CARDINAL
- 4 Street Suffix: DR
- ☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
- ☐ Toll Road/Toll Lane
- Speed Limit: 65
- Const. Zone: ☐ Yes ☒ No
- Workers Present: ☐ Yes ☒ No
- Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

- At Int.: ☐ Yes ☒ No
- 1 Rdwy. Sys.: SH
- Hwy. Num.: 124
- 2. Rdwy. Part: 1
- Block Num.: 4400
- 3 Street Prefix:
- Street Name: FANNETT
- 4 Street Suffix: RD
- Distance from Int. or Ref. Marker: 0.01 ☐ FT ☒ MI
- 3 Dir. from Int. or Ref. Marker: W
- Reference Marker:
- Street Desc.:
- RRX Num.:

## VEHICLE, DRIVER & PERSONS

- Unit Num.: 1
- 5 Unit Desc.: 1
- ☐ Parked Vehicle
- ☐ Hit and Run
- LP State:
- LP Num:
- VIN:
- Veh. Year: 2006
- 6. Veh. Color: SIL
- Veh. Make: CHEVROLET
- Veh. Model: 3500
- 7 Body Style: PK
- ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)
- 8 DL/ID Type: 2
- DL/ID State: OH
- DL/ID Num.:
- 9 DL Class: 98
- 10 CDL End.: 96
- 11 DL Rest.: 98
- DOB (MM/DD/YYYY):
- Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | KAUFFMAN, TIMOTHY PAUL | N | | W | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |
| 2 | 2 | 3 | HOOVER, ANDREW | N | 44 | W | 1 | 1 | 1 | 1 | 97 | N | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |
| 3 | 2 | 4 | MARTIN, RYAN | N | 20 | W | 1 | 1 | 1 | 1 | 97 | N | | | | | |
| 4 | 2 | 6 | WENGER, KARLYN | N | 19 | W | 1 | 1 | 1 | 1 | 97 | N | | | | | |

- ☒ Owner ☐ Lessee — Owner/Lessee Name & Address: CHRISTIAN AID MINISTRIES, BERLIN, OH 44610
- Proof of Fin. Resp.: ☒ Yes ☐ No ☐ Expired ☐ Exempt
- 26 Fin. Resp. Type: 2
- Fin. Resp. Name: THE CINCINNATI INSURANCE CO
- Fin. Resp. Num.:
- Fin. Resp. Phone Num.:
- 27 Vehicle Damage Rating 1: 1 2 - F D - 2
- 27 Vehicle Damage Rating 2:
- Vehicle Inventoried: ☐ Yes ☒ No
- Towed By: DRIVEN AWAY
- Towed To: DRIVER

- Unit Num.: 2
- 5 Unit Desc.: 6
- ☐ Parked Vehicle
- ☐ Hit and Run
- LP State:
- LP Num.:
- VIN:
- Veh. Year: 2015
- 6. Veh. Color:
- Veh. Make: UNKNOWN
- Veh. Model: UNKNOWN
- 7 Body Style: TL
- ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)
- 8 DL/ID Type:
- DL/ID State:
- DL/ID Num.:
- 9 DL Class:
- 10 CDL End.:
- 11 DL Rest.:
- DOB (MM/DD/YYYY):
- Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

- ☐ Owner ☐ Lessee — Owner/Lessee Name & Address: CHRISTIAN AID MINISTRIES, BERLIN, OH 44610
- Proof of Fin. Resp.: ☒ Yes ☐ No ☐ Expired ☐ Exempt
- 26 Fin. Resp. Type: 2
- Fin. Resp. Name: THE CINCINNATI INSURANCE CO
- Fin. Resp. Num.:
- Fin. Resp. Phone Num.:
- 27 Vehicle Damage Rating 1:
- 27 Vehicle Damage Rating 2:
- Vehicle Inventoried: ☐ Yes ☒ No
- Towed By:
- Towed To:

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)
Case ID: 2020004254
TxDOT Crash ID: 17585595.1/2020085212
Page 2 of 5

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| 1 | 1 | FAIL TO CONTROL SPEED | 086591 |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| ONE MEDIAN CABLE POLE | TXDOT | 8350 EASTEX FWY BEAUMONT 77708 |

## CMV

(not applicable / blank)

## FACTORS & CONDITIONS

| Unit # | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | | | | | | |
| 1 | 22 | | | | 3 | 1 | 97 | 4 | 2 | 2 | 17 |

## Investigator's Narrative Opinion of What Happened

UNIT 1 WAS TOWING UNIT 2 TRAVELING EB IN THE 4500 BLOCK OF CARDINAL DR. UNIT 3 WAS TRAVELING IN THE SAME DIRECTION IN FRONT OF UNITS 1&2. UNIT 4 WAS TRAVELING IN THE SAME DIRECTION IN FRONT OF UNIT 3. UNITS 3&4 STOPPED DUE TO TRAFFIC. UNIT 1 DRIVER STATED THAT HE WAS UNABLE TO STOP TO AVOID COLLISION WITH UNIT 3. UNIT 1 COLLIDED WITH UNIT 3, UNIT 3 COLLIDED WITH UNIT 4 AND THEN VEERED LEFT AND COLLIDED WITH THE CABLE BARRIER IN THE GRASSY MEDIAN.

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | How Notified | Time Arrived (24HR:MM) | Report Date (MM/DD/YYYY) | |
|---|---|---|---|---|
| 0746 | DISPATCHED | 0753 | 02/24/2020 | |

Invest. Comp.: [X] Yes [ ] No
Investigator Name (Printed): Young, Charles A.
ID Num.: 25001
ORI Num.: TX1230100
Agency: BEAUMONT POLICE DEPARTMENT
Service/Region/DA: 01

# Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Law Enforcement and TxDOT Use ONLY
☐ FATAL ☐ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 4
Total Num. Prsns.: 1 | 1
TxDOT Crash ID: 17585595.1 /2020085212

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 3 of 5

*Crash Date (MM/DD/YYYY): 02/24/2020
*Crash Time (24HRMM): 0743
Case ID: 2020004254
Local Use:

*County Name: JEFFERSON
*City Name: BEAUMONT
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees):
Longitude (decimal degrees):

## ROAD ON WHICH CRASH OCCURRED

*1 Rdwy. Sys.: US
*Hwy. Num.: 69
2 Rdwy. Part: 1
Block Num.: 4500
3 Street Prefix:
*Street Name: CARDINAL
4 Street Suffix: DR

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/Toll Lane
Speed Limit: 65
Const. Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Street Desc.:

## INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes ☒ No
1 Rdwy. Sys.: SH
Hwy. Num.: 124
2. Rdwy. Part: 1
Block Num.: 4400
3 Street Prefix:
Street Name: FANNETT
4 Street Suffix: RD

Distance from Int. or Ref. Marker: 0.01
☐ FT ☒ MI
3 Dir. from Int. or Ref. Marker: W
Reference Marker:
Street Desc.:
RRX Num.:

---

Unit Num.: 3
5 Unit Desc.: 1
☐ Parked Vehicle ☐ Hit and Run
LP State: TX
LP Num.:
VIN:

Veh. Year: 2012
6. Veh. Color: WHI
Veh. Make: CHRYSLER
Veh. Model: UNKNOWN
7 Body Style: P4
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.:
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: 96
DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MORGAN II, BYRON KANE | C | 31 | B | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |
| 2 | 2 | 3 | PATTEN, GARY ANTHONY | C | 29 | B | 1 | 1 | 1 | 1 | 97 | N | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |
| 3 | 2 | 6 | | C | 6 | B | 1 | 1 | 1 | 1 | 97 | N | | | | | |
| 4 | 2 | 4 | | C | 6 | B | 1 | 1 | 1 | 1 | 97 | N | | | | | |

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: FRANKLIN, WILLIAM DAVID,

Proof of Fin. Resp.: ☐ Yes ☒ No ☐ Expired ☐ Exempt
26 Fin. Resp. Type:
Fin. Resp. Name:
Fin. Resp. Num.:

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 6 - B D - 4
27 Vehicle Damage Rating 2: 1 - F R - 2
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: TNT WRECKER
Towed To: LOT

---

Unit Num.: 4
5 Unit Desc.: 1
☐ Parked Vehicle ☐ Hit and Run
LP State: TX
LP Num.:
VIN:

Veh. Year: 2019
6. Veh. Color: GRY
Veh. Make: FORD
Veh. Model: EXPLORER
7 Body Style: SV
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.:
9 DL Class: C
10 CDL End.: 96
11 DL Rest.: A
DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | PHILLIPS, CHRISTA LYNN | N | 23 | W | 2 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: PHILLIPS, CHRISTA LYNN,

Proof of Fin. Resp.: ☒ Yes ☐ No ☐ Expired ☐ Exempt
26 Fin. Resp. Type: 2
Fin. Resp. Name: FARMER'S (TX. COUNTY MUTUAL) INS. CO.
Fin. Resp. Num.:

Fin. Resp. Phone Num.: (800) 225-0011
27 Vehicle Damage Rating 1: 8 - L B Q - 1
27 Vehicle Damage Rating 2:
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: DRIVEN AWAY
Towed To: DRIVER

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID: 2020004254
TxDOT Crash ID: 17585595.1/2020085212
Page 4 of 5

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 3 | 1 | REFUSED EMS | REFUSED EMS | | |
| 3 | 2 | REFUSED EMS | REFUSED EMS | | |
| 3 | 3 | REFUSED EMS | REFUSED EMS | | |
| 3 | 4 | REFUSED EMS | REFUSED EMS | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| 3 | 1 | FAIL TO DISPLAY DL | 086590 |
| 3 | 1 | NO FIN RESP. | 086590 |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|

## CMV

(section blank)

## FACTORS & CONDITIONS

36 Contributing Factors (Investigator's Opinion) / 37 Vehicle Defects (Investigator's Opinion) / Environmental and Roadway Conditions

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets If Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM): 0746
How Notified: DISPATCHED
Time Arrived (24HR:MM): 0753
Report Date (MM/DD/YYYY): 02/24/2020
Invest. Comp.: [X] Yes [ ] No
Investigator Name (Printed): Young, Charles A.
ID Num.: 25001
ORI Num.: TX1230100
Agency: BEAUMONT POLICE DEPARTMENT
Service/Region/DA: 01

| Law Enforcement and TxDOT Use ONLY. Form CR-3 (Rev. 1/1/2018) | | | | Case ID | 2020004254 | | TxDOT Crash ID | 17585595.1/2020085212 | | | | | | Page 5 of 5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| *Crash Date (MM/DD/YYYY) | 02/24/2020 | *Crash Time (24HRMM) | 0743 | *County Name | JEFFERSON | | |
|---|---|---|---|---|---|---|---|
| *City Name | BEAUMONT | | | | | *1 Rdwy. Sys. US | *Hwy. Num. 69 |
| *Street Name | CARDINAL | | | | | | |

| ORI Num. | T X 1 2 3 0 1 0 0 | *Agency | BEAUMONT POLICE DEPARTMENT | Service/Region/DA | 0 1 | | |
|---|---|---|---|---|---|---|---|

| Unit Num. | Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5 | 2 | 5 | WEAVER, WESLEY | N | 19 | W | 1 | 1 | 1 | 1 | 97 | N |
| 1 | 6 | 2 | 8 | HOOVER, JORDAN | N | 19 | W | 1 | 1 | 1 | 1 | 97 | N |

ADDITIONAL PERSONS

Copy from Custodial File