IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BYRON K. MORGAN II; GARY A. PATTEN; AND WILLIAM DAVID FRANKLIN, A/N/F OF K.W. AND B.W., MINORS, | § § § § § | |
| *Plaintiffs*, | § § | CIVIL ACTION NO. 1:22-CV-00051 JUDGE MICHAEL J. TRUNCALE |
| v. | § § | |
| TIMOTHY P. KAUFFMAN AND CHRISTIAN AID MINISTRIES, INC., | § § § § | |
| *Defendants*. | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal. [Dkt. 16]. The Parties are seeking a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). To the extent that the Parties' dismissal is not yet in effect, the above-styled cause is dismissed with prejudice.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own costs.

It is further **ORDERED** that all Court dates and pending deadlines are hereby **VACATED,** and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED** this 28th day of October, 2022.

Michael J. Truncale
United States District Judge